**E-FILED**
Monday, 09 January, 2017  03:47:03 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| MIGUEL VALENCIA-SANDOVAL, AKA R.G-V. | ) | 17-MJ- 7007 |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

*FILED*
JAN 0 9 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 2, 2012 _____ in the county of _____ Champaign _____ in the
_____ Central _____ District of _____ Illinois _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1542 | Did willfully and knowingly make any false statement in application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws  in violation of 18 U.S.C. § 1542 |
| 18 U.S.C. § 1028A | During and in relation to a felony violation enumerated in 18 U.S.C. § 1028A (c), did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person in violation of 18 U.S.C. § 1028A(a) |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

s/ Travor S. Waite

_____
*Complainant's signature*

Trevor S. Waite, Special Agent, DHS/ICE
*Printed name and title*

Sworn to before me and signed in my presence.

s/ Eric Long

Date: 1/9/2017 _____

_____
*Judge's signature*

City and state:       Urbana, Illinois

ERIC I. LONG, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

I, Trevor S. Waite, the undersigned affiant, being duly sworn upon oath, depose and state as follows:

1.      I am a Special Agent (SA) with the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), assigned to the Office of the Resident Agent in Charge (RAC) in Springfield, Illinois. I have been employed as a Special Agent since December of 2009. I have received training at the Federal Law Enforcement Training Center, in Glynco, Georgia. Prior to becoming a SA with ICE, I was a Police Officer with the New York State University Police, in Oswego, New York, from May of 2008 until joining ICE in December of 2009. In order to become a certified Police Officer in New York State I graduated from the Central New York Police Academy, in Syracuse, New York. Prior to becoming a Police Officer, I earned a Bachelor of Arts in History degree, with a Minor in Criminal Justice, from the State University of New York at Potsdam in December of 2007.

2.      This affidavit is made in support of a criminal complaint charging Miguel Valencia-Sandoval (DOB    /1983, A212 913 503, FBI KVKHCCJW), AKA R.G-V., with the offense of False Statements in Application and Use of a Passport, in violation of Title 18, United States Code, Section 1542, and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A. A warrant for the arrest of the defendant is requested.

3.     I am familiar with the information contained in this affidavit based upon the investigation I have conducted, and, where noted, information related to me by other law enforcement officials. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that violations of Title 18, United States Code, Sections 1542 and 1028A have been committed and that Valencia-Sandoval committed said violations.

4.     In August 2016, RAC Springfield received information from the Piatt County (IL) Sheriff's Office indicating that an individual had come to the Sheriff's Office to report an identity theft. The subject stated an individual whom the subject knew as Miguel Valencia-Sandoval had been utilizing the identity Ramiro G Vasquez for approximately the last eleven (11) years.

5.     On April 2, 2012, an individual, utilizing the name Ramiro Vasquez, along with Vasquez's actual date of birth, and Social Security number XXX-XX-7137, applied for a United States Passport, application number 308007967, at the United States Post Office in Champaign, Illinois. The individual provided a Texas Certificate of Birth, bearing the name Ramiro Guerrero Vasquez, with Vasquez's actual date of birth, as proof of citizenship. The individual provided Illinois Driver's License number V220-7207-6402 in the name Ramiro Vasquez, with Vasquez's actual date of birth, which was issued on 01/13/2010, as proof of identification. The individual also supplied the address

2

65 Ivanhoe Dr., Urbana, Illinois, 61802, with the application. That address is known by law enforcement to be associated with Valencia-Sandoval.

6.  On January 7, 2017, Valencia-Sandoval applied for admission to the United States from Mexico via the Lincoln Juarez Port of Entry, into Laredo, Texas. Valencia-Sandoval provided a State of Texas Certification of Vital Record in the name Ramiro Guerrero Vasquez, with Vasquez's actual date of birth, in order to gain entry to the United States. Valencia-Sandoval also provided an Illinois Identification Card bearing the name Ramiro Vasquez. Valencia-Sandoval was escorted to Immigration Processing Secondary where Valencia-Sandoval was fingerprinted. Fingerprint queries conducted revealed Valencia-Sandoval had been previously encountered on two (2) occasions in the United States having not been legally admitted or paroled.

7.  Valencia-Sandoval was advised of his rights, per Miranda, and was served a Form I-214, which Valencia-Sandoval signed, stating he understood his rights. During interview, Valencia-Sandoval stated the following: Valencia-Sandoval was not the true owner of the State of Texas Certification of Vital Record in the name Ramiro Guerrero Vasquez, which he had presented to gain entry into the United States; Valencia-Sandoval had purchased the birth certificate from Oscar Guerrero-Vasquez, Ramiro Guerrero-Vasquez's brother, for fifty thousand dollars ($50,000) in March 2005; Valencia-Sandoval did not personally know Ramiro Guerrero-Vasquez but understood that Ramiro Guerrero-Vasquez was a real person; Valencia-Sandoval did not have permission

3

from Ramiro Guerrero-Vasquez to use his identity; Valencia-Sandoval had used the identity of Ramiro Guerrero-Vasquez to live in Illinois since March 2005; Valencia-Sandoval had worked, opened two (2) restaurants, which have been sold, obtained driver's licenses, obtained loans for vehicles, opened bank accounts, and obtained a Lawful Permanent Resident card for his wife, all utilizing the identity of Ramiro Guerrero-Vasquez; and Valencia-Sandoval is a native and citizen of Mexico present in the United States having not been legally admitted or paroled.

8.     Additionally, your affiant reviewed the photograph submitted with the April 2, 2012, passport application, the photograph from the Illinois Driver's license V220-7207-6402 bearing the name Ramiro Vasquez, and the photograph of the subject, Valencia-Sandoval, when he was taken into Customs and Border Protection custody on January 7, 2017. All three photographs appeared to be of the same individual.

4

9.     Based on the foregoing information, I respectfully submit that there is probable cause to believe that Miguel Valencia-Sandoval, has violated Section 1542, of Title 18, United States Code, False Statements in Application and Use of a Passport, and Section 1028A, of Title 18, United States Code, Aggravated Identity Theft. These violations occurred in Champaign County, Illinois, within the Central District of Illinois.

FURTHER AFFIANT SAYETH NOT.

s/ Travor S. Waite

Trevor S. Waite
Special Agent,
Department of Homeland Security
U.S. Immigration and Customs
Enforcement
Homeland Security Investigations

Subscribed and sworn
before me this ___9ᵗʰ___ day of January, 2017

s/ Eric Long

HONORABLE ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE

5