E-FILED
Thursday, 09 February, 2017  09:17:55 AM
Clerk, U.S. District Court, ILCD

FILED

FEB 0 8 2017

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-CR-200 12 |
| | ) | |
| MIGUEL VALENCIA-SANDOVAL, | ) | Title 18, United States Code, |
| aka "RAMIRO VASQUEZ" | ) | Sections 1542, 1028A, 1015(f), and 611 |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE
**(False Statement in Application for Passport)**

**THE GRAND JURY CHARGES:**

On or about April 2, 2012, in Champaign County, in the Central District of Illinois,

**MIGUEL VALENCIA-SANDOVAL, aka "RAMIRO VASQUEZ,"**

defendant herein, willfully and knowingly made a false statement in an application for a

passport with intent to induce and secure for his own use the issuance of a passport under the

authority of the United States, contrary to the laws regulating the issuance of such passports

and the rules prescribed pursuant to such laws, in that in such application the defendant stated

he was Ramiro Vasquez, a United States citizen, which statement he knew to be false.

In violation of Title 18, United States Code, Section 1542.

### COUNT TWO
**(Aggravated Identity Theft)**

**THE GRAND JURY CHARGES:**

On or about April 2, 2012, in Champaign County, in the Central District of Illinois,

**MIGUEL VALENCIA-SANDOVAL, aka "RAMIRO VASQUEZ,"**

defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, making a false statement in an application for a passport in violation of 18 U.S.C. § 1542 as stated in Count One, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT THREE
### (False Claim of Citizenship in Order to Vote in Election)

**THE GRAND JURY CHARGES:**

On or about November 8, 2016, in Champaign County, in the Central District of Illinois,

**MIGUEL VALENCIA-SANDOVAL, aka "RAMIRO VASQUEZ,"**

defendant herein, did knowingly make any false statement and claim that he was a citizen of the United States in order to register and qualify to vote and to vote in any Federal, State, and local election.

In violation of Title 18, United States Code, Section 1015(f).

## COUNT FOUR
### (Aggravated Identity Theft)

**THE GRAND JURY CHARGES:**

On or about November 8, 2016, in Champaign County, in the Central District of Illinois,

**MIGUEL VALENCIA-SANDOVAL, aka "RAMIRO VASQUEZ,"**

defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, making a false statement or claim of citizenship in order to vote in an election in violation of 18 U.S.C. § 1015(f) as stated in Count Three, knowing that the means of identification belonged to another actual person.

2

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FIVE
### (Voting in Election by Illegal Alien)

**THE GRAND JURY CHARGES:**

On or about November 8, 2016, in Champaign County, in the Central District of Illinois,

**MIGUEL VALENCIA-SANDOVAL, aka "RAMIRO VASQUEZ,"**

defendant herein, did knowingly and intentionally vote unlawfully as an alien in an election held solely and in part for the purpose of electing a candidate for the office of President, Vice President, Presidential Elector, Member of the Senate, and Member of the House of Representatives, by falsely voting as Ramiro Vasquez, a citizen of the United States, when he then knew he was not Ramiro Vasquez and was not a citizen of the United States.

In violation of Title 18, United States Code, Section 611.

## COUNT SIX
### (Voting in Election by Illegal Alien)

**THE GRAND JURY CHARGES:**

On or about November 4, 2014, in Champaign County, in the Central District of Illinois,

**MIGUEL VALENCIA-SANDOVAL, aka "RAMIRO VASQUEZ,"**

defendant herein, did knowingly and intentionally vote unlawfully as an alien in an election held solely and in part for the purpose of electing a candidate for the office of President, Vice President, Presidential Elector, Member of the Senate, and Member of the House of Representatives, by falsely voting as Ramiro Vasquez, a citizen of the United States, when he then knew he was not Ramiro Vasquez and was not a citizen of the United States.

In violation of Title 18, United States Code, Section 611.

3

## COUNT SEVEN
### (Voting in Election by Illegal Alien)

**THE GRAND JURY CHARGES:**

On or about November 6, 2012, in Champaign County, in the Central District of Illinois,

**MIGUEL VALENCIA-SANDOVAL, aka "RAMIRO VASQUEZ,"**

defendant herein, did knowingly and intentionally vote unlawfully as an alien in an election

held solely and in part for the purpose of electing a candidate for the office of President, Vice

President, Presidential Elector, Member of the Senate, and Member of the House of

Representatives, by falsely voting as Ramiro Vasquez, a citizen of the United States, when he

then knew he was not Ramiro Vasquez and was not a citizen of the United States.

In violation of Title 18, United States Code, Section 611.


s/John Childress

_____
PATRICK D. HANSEN
Acting United States Attorney
BDF

A TRUE BILL.
s/Foreperson

_____
FOREPERSON

4