E-FILED
Wednesday, 26 July, 2017  05:39:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                 )
                                     )
    v.                               )
                                     )    Case No. 17-20012
MIGUEL VALENCIA-SANDOVAL,            )
                                     )
          Defendant.                 )

## MOTION TO CONTINUE TRIAL SETTING AND PLEA HEARING

COMES NOW the United States of America, by Patrick D. Hansen, Acting United States Attorney for the Central District of Illinois, and Assistant United States Attorney Bryan Freres, and hereby moves to continue the trial setting for a period of sixty days. The United States also requests that the Court either cancel the defendant's plea hearing, currently set for July 28, 2017, or alternatively set the hearing for a status conference instead.

1.    This case is currently set for trial on August 1, 2017. The parties recently requested that the Court set a change of plea hearing, and that hearing is currently set for July 28, 2017. Neither side wants this case to proceed to trial. However, the final terms of a plea agreement are still in flux, and despite the parties' best efforts, it will not be possible to get the necessary approvals for any amended proposed plea agreement while still allowing defense counsel sufficient time to review the terms of an amended proposed agreement with their client before July 28.

2.      This is the United States' first request for a continuance in this case. Defense counsel agrees with the requested continuance and does not object to the request.

3.      The United States also requests that the Court either cancel the current plea hearing set for July 28, or convert the hearing to a status conference. The parties hope to be able to work out the final details of a plea within a week or two, and would ask the Court to set a new plea hearing at that time.

For the reasons stated herein, the United States respectfully requests that the Court continue the trial setting and all other deadlines for a period of sixty days. The United States also requests that the Court either cancel the plea hearing set for Friday, July 28, 2017, or convert the hearing to a status conference.

Respectfully submitted,

PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY

 /s/ Bryan D. Freres
Bryan D. Freres
U.S. Attorney's Office
201 S. Vine St., Ste 221
Urbana, IL 61802
Telephone: 217/373-5875
Bryan.Freres@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Anthony Bruno.

*/s/ Bryan D. Freres*