**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

         v.

MIGUEL VALENCIA SANDOVAL,
    Defendant.



Case No. 17-CR-20012

### <u>DEFENDANT'S SENTENCING EXHIBITS</u>

NOW COMES the Defendant, MIGUEL VALENCIA SANDOVAL, by and through his attorneys, Bruno Law Offices, and hereby offers the following evidence in mitigation at sentencing, including several letters translated from Spanish to English by the Defendant's nephew, Jesus Peña:

1. Letter from Tomas Xou, friend of Defendant.

2. Letter from Angelica Partida, friend of Defendant.

3. Letter from Jose Maria Valencia Sandoval, Defendant's brother.

4. Letter from Rick Scott, Defendant's former employer.

5. Letter from Bob Treat, Defendant's former employer.

6. Letter from Elmer Schrock, friend of Defendant.

7. Letter from Rogelio Rojas, friend of Defendant.

8. Letter from Maria V. Lopez, friend of Defendant.

9. Letter from Tricia Jayme, Defendant's neighbor.

10. Letter from Laura Martinez, friend of Defendant.

11. Letter from Mariana Ambrocio, friend of Defendant.

12. Letter from Flora Salgado, friend of Defendant.

13. Letter from Elena Valadez, friend of Defendant.

14. Letter from Alvaro Garcia, friend of Defendant.

15. Letter from J. Guadalupe Landeros, friend of Defendant.

16. Letter from Fernando Landeros, friend of Defendant.

17. Letter from Rodolfo Landeros, friend of Defendant.

18. Letter from Omar Antele, friend of Defendant.

19. Letter from Juanita Saucedo, friend of Defendant.

20. Letter from Beatriz Ramirez, Defendant's sister-in-law.

21. Letter from Ricardo Onate Jr., friend of Defendant.

22. Letter from Elvira Onate, friend of Defendant.

23. Letter from Ricardo Onate, friend of Defendant.

24. Letter from Milagros Martinez, friend of Defendant.

25. Letter from Benita Harn, friend of Defendant.

26. Letter from Tamara McMillan, Defendant's landlord.

27. Letter from Patricia Jenkins, friend of Defendant.

28. Letter from Scott E. Kibler, Defendant's former employer.

29. Letter from Jose Ramirez Uribe, Defendant's former client.

30. Letter from Samantha Molina, friend of Defendant.

31. Letter from Lourdes Sanchez, friend of Defendant.

32. Letter from Owen Tucker, Defendant's former employer.

33. Letter from Audelia Uribe Alvarado, Defendant's father-in-law.

34. Letter from Francisco Mateo, Defendant's former employee.

35. Letter from Luis Everardo Ramirez, friend of Defendant.

36. Letter from Yasmin Berenice Ramirez, Defendant's sister-in-law

37. Letter from Yavonnda Smith, Principal at Dr. Preston L. Williams, Jr. Elementary School.

38. Letter from Isabel V. Ramirez, Defendant's daughter.

39. Letter from Maria Isabel Ramirez, Defendant's wife.

40. Letter from Mayra Ramirez, Defint's daughter.

Respectfully submitted,

BY:   /s Anthony A. Bruno, #6302496
Anthony A. Bruno
Attorney for the Defendant
Bruno Law Offices
301 West Green Street
Urbana, IL 61801-3200
Telephone: 217-328-6000
Facsimile: 217-328-6765
Email: lawyerbruno@gmail.com

Hello my name is Tomas Xou,

I just wanted to talk about Miguel Valencia 2009, I met him by the name of Ramiro which is not, because I needed to know and know his situation he's name is Ramiro which real name is Miguel Valencia which I said I met him 2009 and he is a good person and know his family very well and a very hand worker. We have know him how he is what he did and a very well know person to my knowledge and heart.

Thank you.

State of Illinois
County of Champaign
Signed and sworn before me on June 30, 2017

Notary public

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

Angelica Partida
207 E Clark St. Unit 4
Champaign, IL 61820
(815)981-6027


To whom this may concern,

My name is Angelica Partida, I am writing this letter to on behalf of Miguel Angel Valencia
Sandoval. He has been a close family friend of mine for the past 6 years. I consider him a very
friendly and hard working man. His sense of humor makes him a very likable person. Miguel is
also very generous man who is always willing to lend a hand. Miguel is a successful business
owner of a drywall finishing business.

During the time that I have known him, I have seen the effort he has made to provide a good
living for his family. These past six months have been a reflection of how much he is truly
needed in his household. As a husband and a father of four, he has always taken on the role of
the provider and his wife has always been a stay at home mom. His wife recently has been
challenge to become both mother and father to their family.  She has been struggling to provide
for her family on her own.

I am honored to know Miguel. He is a hard working man and truly a family man. I would like to
see him reunited with his family.

If I can be of any assistance, please feel free to contact me.



Sincerely,

*Angelica Partida*

Angelica Partida



State of Illinois
County of Champaign
Signed and sworn before me
on June 30, 2017

Notary public

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

Jose Maria Valencia Sandoval
207 E Clark St. Unit 4
Champaign, IL 61820
(217)721-7096


To whom this may concern:


My name is Jose Maria Valencia Sandoval, I am writing on behalf of my brother Miguel Angel Valencia Sandoval. I want to express that my brother is a good person of moral character. He has been living in the United States for over 17 years. Throughout his time here he has never had any conflict with law enforcement or any person of authority. Miguel has always had an entrepreneur spirit. He is a proud owner of a small drywall business. I myself have had the opportunity to work beside my brother. He has a strong work ethic and is an honest business man of which many of his employees look up to. His strong work ethic comes from his desire to provide for his family. My brother is a married man and a father to four children including a one year old baby boy.

During these past six months since he has been incarcerated, his absence has truly been a burden to his family. His wife has always been a stay at home mom and has been struggling to take on the role of the provider for her household. She is currently struggling financially and emotionally and need her husband's support to raise their family. As for me, not having my older brother has been difficult because he is the only family member I have close to me. I often look to him for support and encouragement. I understand that Miguel made a poor choice, but as his brother, I also know that his intentions were good and for the well being of his family.

I hope that you can consider my plea for my brother Miguel Angel Valencia Sandoval. He is a great man that deserves to be united with his family. I would like to see him have the opportunity to succeed in this country where he has lived for many years.


Sincerely,

*Jose Maria Valencia S.*
Jose Maria Valencia Sandoval


State of Illinois
County of Champaign
Sign and sworn before me on June 30, 2017

notary Public

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020



Fax: 217-351-7411
Cell: 217-202-4231
E-mail: danielspainting35@yahoo.com

To Whom It May Concern,

This letter is my personal recommendation for Ramiro Vasquez which he went by for us. His actual name is Miguel Valencia Sandoval. Ramiro has been a loyal and reliable sub-contractor for our company for two years. His hard work and dedication are testaments to his strong work ethic.

Ramiro is a motivated team player, consistently contributing to any project requiring assistance, and always maintains a positive and outgoing demeanor. He continuously proves himself a responsible colleague and exceptional person.

I hope you will consider his request for citizenship as he proves to be a great asset in every area I have had the pleasure of us both being connected.

If I can answer any questions or be of further assistance, do not hesitate to contact me at (217) 202-4231.

Sincerely,

Rick Scott

Rick Scott
Co-Owner/Vice-President
Kevin Daniels Painting & Drywall, Inc.



# VIC TREAT & SONS
### DRYWALL SERVICE & SUPPLY
URBANA, ILLINOIS 61801 · PHONE 344-1648

JUNE 14, 2017

TO WHOM IT MAY CONCERN:

MEGAL VALENCIA SANDOVAL ALSO KNOWN AS RAMIRO VASQUES WAS AN INDEPENDENT CONTRACTOR

WHO WORKED FOR US.   HE WAS VERY GOOD AT DRYWALL. A  VERY TALENTED AND SKILLED YOUNG MAN.

SINCERELY;

*Bob Treat*

BOB TREAT



EAST ROUTE 133                    ARTHUR, ILLINOIS 61911

PHONE (217) 543-2101

Mrs. Ramiro Vasquez – Miguel Valencia Sandoval

To whom this may concern

We have known Ramiro Vasquez for over eleven years as a customer of Tool World.
He has been a good customer of ours.  He has always paid his bills to us in a timely
manner.
We recommend him as an honest man.
You may contact me if you have any questions.

Tool World

*Elmer Schrock*

Elmer Schrock, President

*Shelly K. Brough*

OFFICIAL SEAL
SHELLY K. BROUGH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5/17/2020

SOUTHERN DIVISION:  303 N. Grove St., Eustis, Florida 32726

## TO WHOM IT MAY CONCERN

**Hi my name is Rogelio Rojas and I'm writing this letter to say to you that I'm a good friend of Miguel Valencia Sandoval, which I know for nine years. And I've always seeing that he is working man and a good friend. He is a**

**man that works hard to provide for his**

**family his always aware of his kids and**

**wife well being.**

Rogelio Rojas
Rogelio Rojas

6-9-17

LATOYA MAYES
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 22, 2018

# TO WHOM IT MAY CONCERN

**Hello my name is Maria V. Lopez, I write this letter to speak of Miguel Valencia Sandoval since I am friend of this family for more than eight years and I've seeing that it is a very united family and, sweet Miguel is always working hard to provide for his wife and kids. they are a very good family honest, hard working, respectful never get themselves in trouble.**



LATOYA MAYES
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 22, 2018

*Maria V Lopez*

6-9-17

To whom it may concern,

Miguel Valencia Sandoval AKA Ramiro Vasquez, has been our next door neighbor you ten years. He and his family have always been very kind to us. We found comfort knowing we have them as neighbors. Were never had any problems with them. Our children enjoy playing together. While my husband works nights he feel safe with him & his family next door. We look forward to having them as neighbors and friend for many years to come.

Thanks so much
Tricia Jayme
63 Ivanhoe Dr.
Urbana, IL 61802
(217) 402-6353

State of Illinois
County of Champaign
Signed before me on June 12, 2017

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

Signature of notary public

## TO WHOM IT MAY CONCERN,

Hello my name is Laura Martinez the motive of this letter is so I can tell you that I know Miguel Valencia Sandoval, for about seven years. I had some repairs, remodeling sort to be done around my house and a close friend recommended him to me, and since then we have spend time together his family and me. we kept a friendship since then I have notice his a hard working man that enjoys his work, a family man to the fullest. Im Sadden for the situation that he and his family are going through hope that the problem get solved quick for his children well being.

Atte _Laura Martinez_

State of Illinois
County of Champaign

Signed before me on June 12, 2017

_Signature of notary Public_

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

# TO WHOM IT MAY CONCERN,

Hello I am Mariana Ambrocio I write this letter so I can tell you about Miguel Valencia Sandoval. I met him eight years ago we lived around the same neighborhood, our children played together all the time we have a nice friendship his family and mine have spend time together in many occasion. I have seeing and notice that he is a hard working man, always taking care of his own , he does not have bad habits never being in trouble doesn't cause problems. Very helpful guy never talks down to anybody, and I hope he reunite with his family soon mainly because his children are the ones that are suffering the most.

Atte _____

State of Illinois
County of Champaign
Signed before me on June 8, 2017

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

Signature of notary public

## TO WHOM IT MAY CONCERN,

Hello my name is Flora Salgado I met Miguel Valencia Sandoval about ten years ago when he had his first child now he has three more, we working together and I'd always notice that he's a very nice person, honest, hard working, respectful a kind I enjoy his friendship and company. He is always talk about the love that he has for his family and I had the chance to find out first hand what a wonderful family he has. Their not bad people never causes problems, I wish from the bottom of my heart that his situation gets better for his sake but more important for his kids and wife that miss him and need him the most.

Atte _Flora Salgado_

State of Champaign
County of Illinois

Signed before me on June 12, 2017

Signature of notary public

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

To whom it may concern,

Hello my name is Ma. Elena Valadez I write this letter so I may speak to you about Miguel Valencia Sandoval I've known him since seven years ago and we have spend time socialism because our children, in school event as well as personal with both our families, Iv'e seeing that he's hard working and always working to better their lives all around. he's never getting into trouble he's never causing problems with anybody.

Atte _Ma Elena Valadez_

State of Illinois
County of Champaign
Signed before me on June 12, 2017

_Signature of notary public_

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

To whom it may concern,

Hello my name is Alvaro Garcia I write this letter to tell you about Miguel Valencia Sandoval I have known him for more then seven years we have formed a friendship besides the time we have spend working together. Our family also haved spend time together, his a hard working man never getting int's trouble a great friend always willing to help the ones that need it. And his a big time family man.

Atte_ Alvaro Garcia _____

State of Illinois
County of Champaign
Signed before me on June 12, 2017

Signature of notary public

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

TO WHOM IT MAY CONCERN,

Hello my name is J. Guadalupe Landeros I write this letter so I can speak to you about, Miguel Valencia Sandoval. He forms part of our family since he got married to Maria Isabel, my sister in law, I know him 13 years ago and we always had a good friendship. he speaks about his dreams and drive to be better and achieve great things for him and his family, his always making sure that his family is never missing anything. He has never being away from his family and now that their in this situation its really hard for him and wife but especially their children.

Atte _JOSE  LANDEROS_

State of Illinois

County of Champaign

Signed before me on June 12, 2017

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

Signature of notary public

# TO WHOM IT MAY CONCERN,

Hello I am Fernando Landeros I write this letter so I can talk about a friend, Miguel Valencia Sandoval, we have being friends for about nine years. We haved work together in various occasion, and I can honestly say that he is a honest, hard working and a good friend, has a driven attitude. Never give-up personality he has helped me any time I would ask for his help he has always tried to help the best he can, and I really feel bad for their situation I hope it gets solves quick so he may reunite with his family.

Atte _Fernando Landeros_

State of Illinois
County of Champaign

Signed before me on June 12, 2017

_[signature]_

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

Signature of notary public

## TO WHOM IT MAY CONCERN,

Hello my name is Rodolfo Landeros I send this letter so I can talk to you about Miguel Valencia Sandoval, I know him since nine years ago and we have spend time together in many occasion. I seeing that he's a hard working man, driven always looking for ways to make life better for his family. Within those nine years we have made a great friendship and I want for you to consider the fact that he has never being in trouble or even causes problems. With that being said I hope his situation gets solved quickly so he may reunite with his family.

Atte _Rodolfo Landeros_

State of Illinois
county of - Champaign

Signed before me on June 12-2017

Signature of Notay Public

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

TO WHOM IT MAY CONCERN,

Hello my name is Omar Antele I'm writing this few word about Miguel Valencia Sandoval, I have know him for seven years. What I can say about him is that he is a hard working man, he doesn't have any sort of problems of any kind with anybody, he doesn't look or causes problems with any kind of law figure. He has always being kind to me and my family and I feel really bad for what he's going through.

Atte _Omar Antele_

State of Illinois
County of Champaign
Signed before me on June 12, 2017

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

Signature of notary public

TO WHOM IT MAY CONCERN,

Hello my name is Juanita Saucedo and I write this letter so I may speak of Miguel Valencia Sandoval, he has being a good friend to my family for five years. My family and I have spend time with him and his family in many occasions, he is a honest, hard working, responsible and a good friend, we are very sad of the situation that he and his wife, and more important his children are going through, I pray to god that his situation gets resolved soon.

Atte_Juanita  Saucedo_____

State of Illinois
County of Champaign
Signed before me on June 12, 2017

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

Signature of notary public

TO WHOM IT MAY CONCERN,

Hello, my name is Beatriz Ramirez I am sister of Maria Isabel Ramirez and I write this letter so I may speak about my brother in law, Miguel Angel Valencia Sandoval, I have known him before he was my sisters boyfriend. They were deeply in love. Any body can tell the relationship grew strong and eventualy formed a beautiful family, got married had four children, and what I can say about him is that ever since I'd know him he has always being kind and respectful to us, hard working man always looking for the best for his family his never getting into kind of trouble either with normal persons nor law figures I'm sad for my sister and her children for this situation that their in. its taking a big impact an them. I beg for this situation to get solved as soon as possible.

Atte. _Beatriz Ramirez._

State of — Illinois
County of — Champaign
Signed before me on — June 12, 2017

_Signature of notary public_

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

LETTER;

Ricardo Onate jr.
1212 W. Ravina Ave.
Decatur Il.62562

Hi my name is Ricardo Onate JR and I am eighteen years old and I am a friend of <u>Miguel Sandoval,</u>
I graduated this year from St. Teresa High School in Decatur.
I became friends with *Miguel Sandoval* as I grew up since he was always around when I was a kid,
because he was my dad's friend ever since I could remember. He used to play soccer with my dad and
his friends at least three times a week. As I grew up I started to play soccer with him as well, my dad
would rent the indoor facility during the winter for everyone to gather around and just have fun. We
would play as early as seven in the morning because that was the only time it was available for us to rent
it and Miguel would always be one of the first to show up. Miguel has also been very nice, friendly, and
caring to me and my family. Miguel has never meant any harm to anybody and he deserves a second
chance.
Things aren't the same without him and we all miss him.

Ricardo Onate jr.

Elvira Onate
1212 W. Ravina Ave,
Decatur il. 62562

Hi my name is Elvira Onate. I know Mary Ramirez for more than ten years. I know her two girls and her boy and of course I know her husband. Mary and her husband have always been friends with my husband and I. We hang together at each other's house, sometimes at the soccer fields, other times we see each other at church.

A few months ago I came across Mary at church with her three kids and she was devastated. After talking to her she told me what happened and it is hard to believe that the life of those kids can be not only devastated but dramatically changed from one day to another.

I don't know too much about the laws but I can tell you that as many times that I spoke to Mary and met her husband, I can tell you that he is a good person, a good father, and a hard-working person. All of this time that he has been in jail, Mary and the three kids, the only thing they have right now is hope. Hope not only that her husband Miguel will come out of jail, but also hope that he can stay in the country where he and Mary want to raise their three kids.

*Elvira Onate*
Elvira Onate

Ricardo Onate
1212 W. Ravina Ave.
Decatur il. 62526
TEL. 217-521-9289

## LETTER;

### Hi my name is Ricardo Onate,

I came to the United States when I was fourteen years old to work because in my country Mexico does not have as many good employment opportunities but also because the United States is great country full of opportunities for everyone and freedom after twenty four years of living in this country I'm proud to say six years ago I became citizen of the United States and it took me almost ten years to finish my process to become who I am now, none of this is easy especially because when you go to a different country you got to know the laws and rules and it's harder when you come from a country that has no rules or has rules that where most of them can be broken, but I came here and I tried to learn the laws and as much as I could so that I can do what is right. I know *Miguel Sandoval* for almost fifteen years and he saw me going through the whole process to become citizen of the United States he and I always talked about how different it is here compared to our country

I would like to say that *Miguel Sandoval* is a great person, a great friend, great human-being who came across one of the toughest situations anybody would be in and he needed to make a decision at the time whether to stay in the country and raise his family here or go back to Mexico where there is really no future for a family or to raise our kids.

On all the years that I've known him our friendship was like every other friendship we visited each others homes, jobs, played soccer together, and we also drank together occasionally but on almost fifteen years that I've known him I have never ever seen him getting in trouble or in a fight or in problems with the police or getting tickets at all.

All this time that he's been in jail I can see how his life has changed not only for him but for his wife and kids, two girls and one boy

the biggest difference that I see in him is a person with hope waiting to receive a second chance that this country will give him.

Two girls and one boy born in this country would be not only separated from their dad but also might have to go with him to Mexico where there is no hope for them. A place where they don't know anybody, and most important, would be drawn away from the chance to raise and educate in this wonderful country which they will not have a problem coming back to it in the future because they are U.S. citizens, but it won't be the same for them as if they are raised all their lives here in the U.S.

Thank you.

Sincerely;
Ricardo Onate

**Martinez, Milagros**

May 31, 2017

To whom may concern:

I am writing this letter to talk about Ramiro Vazquez, I know him for almost 10 years, He is a hardworking man, someone who not fear the hard work to support his family.   He has worked in construction giving others work,  same as he did with the Mexican Restaurant,   giving job to quantities of many others and paying his taxes.

I was told not long ago that Ramiro's real name is Miguel Valencia Sandoval ,   I know it was a mistake, but he is a good person and I know he didn't do it for bad.  He is a family oriented, good man I like to help others. I hope he can get an opportunity to correct his mistake and can stay here with his family Because he never have any problem with the justice.

Sincerely

Milagros Martinez

State of _Illinois_

County of _Champaign_

Signed and sworn to before me on _May 31, 2017_

OFFICIAL SEAL
CHRISTOPHER DREGER
NOTARY PUBLIC - STATE OF ILLINOIS
My Commission Expires JAN 03, 2021

1

To Whom It May Concern

In regards to the case of Miguel Valencia Sandoval, I have known this man for 13 years and have always known him to be a responsible, hardworking man. He is the primary wage earner for a family of six and is has been a great hardship to have him gone from the family home. I ask that you consider how it will affect his entire family if he is deported.

Sincerely

Benita Harn

1770 N Florian Ave

Decatur Il. 62526

217-848-1621

*Benita Harn*

*Subscribed and sworn to before me this 31st Day of May, 2017.*

*Lori Romans*

LORI ROMANS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 05, 2019



RVHorizons

June 5, 2017

TO WHOM IT MAY CONCERN:

Maria Vasquez lives at 65 Ivanhoe, Urbana, Il.  She resides with her husband and children, and has since 2012.

She moved to our community with her husband, Ramiro Vasquez (a.k.a. Miguel Valencia Sandoval).

They have always been very good residents, and have always paid rent on time.  As of this date, they have never had issues with any neighbors and the neighbors have not had issues with them.

If you need any other information on this family, feel free to contact me at 217-367-1314.  My name is Tamara and I am the community manager for Ivanhoe.

Thank you,

TAMARA MCMILLAN- COMMUNITY MANAGER

I attest that this is Tamara McMillan true signature, I have seen her Illinois drivers license

OFFICIAL SEAL
DOLORES K STALEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/24/19



*Patricia Jenkins*

*126 N  22nd St*
*Decatur, IL 62521*
*217-424-6035*

June 1, 2017


To Whom It May Concern


Dear Sirs,,

I am writing this as a letter of character reference for Ramiro Vasquez
(legal name as Miguel Angel Valencia Sandoval)  I have known Ramiro
since January, 2015.
He has always conducted himself in a very good business manor.  He has
always kept his bills paid and supported his family to the best of his ability.
He had his mexican restaurant, and when it wasn't doing as well as he
needed, he started  a self employed business.  He is a hard and dependable
worker.
If any further information is needed, feel free to call me.

Sincerely,



Patricia Jenkins

June 8, 2017

Scott E. Kibler
603 N. Main Street
Tuscola, IL 61953

To whom it may concern,

I Scott E. Kibler have known Ramiro Vasquez for approximately six years. He has always been a good person and a wonderful parent. Over the years, I have had Ramiro work for me doing various jobs and can appreciate his hard work ethics and attention to detail in his work practices.

To my knowledge, Ramiro has never been in trouble with law enforcement nor does he have any type of a criminal record. I have always felt very comfortable leaving Ramiro with my belongings and have never had one issue with any type of dishonesty.

It is my understanding that Ramiro's real name is Miguel Valencia Sandoval. I can honestly say that the person I have known as Ramiro is a good man, father and worker.

Sincerely,

Scott E. Kibler

OFFICIAL SEAL
Scott E Kibler
Notary Public, State of Illinois
My Comission expires 3/23/20

June 6, 2017

To whom it concerns:

I have known Ramiro Vasquez for ten years and is a good father and husband, hard worker, and most importantly, responsible. He has done some work for me and I have been very pleased with his labor. I have never known him to have any issues with the law. Now I know his real name is Miguel Valencia Sandoval. If you have any questions regarding my relationship with him, please call me at 217-521-6302.

Regards,

Jose Ramirez Uribe – 217-521-6302

Jose Ramirez Uribe a person I know signed this document before me.

OFFICIAL SEAL
Scott E Kibler
Notary Public, State of Illinois
My Comission expires 3/23/20

June 6, 2017

I have known Ramiro Vazquez for two years and was originally introduced to him by my mother, Lourdes Sanchez. My impression upon meeting Ramiro is that he was a very well respected individual and has a good heart. I do know that his wife and children mean the world to him and have seen the way he treats them – like gold. I understand the situation he is in and truly do have sympathy for him. I know that his real name is Miguel Valencia Sandoval and hold no judgements against him. If there is anything you need me to explain more in further detail, please reach me at 312-887-2224 at your convenience.

Regards,

Samantha Molina – 312-887-2224

6/7/2017

6-6-17

*Sharon M. Marsh*

OFFICIAL SEAL
SHARON M MARSH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/31/17

June 6, 2017

I Lourdes Sanchez have personally known Ramiro Vasquez for five years. I have known him to be a good citizen during my time of knowing him. As far as I'm concerned he is a good man to his children and wife. I think very highly of him and will continue to do so because I know how good of a person he is. However I do understand the circumstances and know that his true identity is Miguel Valencia Sandoval. If there is anything you need to clarify regarding this letter, please feel free to call me at 217-620-0629. Thank you.

Best,

Lourdes Sanchez – 217-620-0629

*Lourdes Sanchez*  6-07-17

OFFICIAL SEAL
SHARON M MARSH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/31/17

*Sharon M. Marsh*
6-6-17

To Whom It May Concern,

Miguel Velencia-Sandoval has been a Drywall Contractor for me. He performed very well – and at a fair price. His workmanship is excellent. For me, he always performed as agreed. He is one of the hardest working men I know.

I view him as an honest, hardworking man – a contributor to the community.

Owen J. Tucker

General Contractor

OFFICIAL SEAL
TONI LITTLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/19/2019

# TO WHOM IT MAY CONCERN

Hello my name is Audelia Uribe Alvarado, I am sending this letter to speak about my son in law, I want to say that my son in law Miguel Valencia Sandoval is a good man and hard working. He's been a very good husband to my daughter ever since they got married twelve years ago. He's a loving father, always looking to provide for his family, working hard so my daughter and grandchildren aren't missing anything. I hope and wish with all my heart that my daughter can have her family together and united again. The situation is very sad and hard on all of them.

P.S. He's alway helping me on anything he can help on.

Atte. *Audelia Uribe Alfardo*

State of Illinois
County of Champaign
Signed before me on June 9, 2017

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

Signature of notary public
My commission expires on Dec 9, 2020

# TO WHOM IT MAY CONCERN

Hi my name is Francisco Mateo Mateo, I send you this letter so I can let you know about Miguel Valencia Sandoval, I have known him for about two years he has given me the opportunity to work whit him in construction labor. Even doh I didn't know much he gave me a chance to learn. I can say he is a very hard working man always looking for the best in people even doh he did not know me he trusted me and gave me work, he doesn't bother any body and he doesn't get into any trouble I wish he can get out off this hard situation that he is in soon.

Atte. _Francisco Mateo_ _____

State of Illinois

County of Champaign

Signed before me on June 9, 2017

_Signature of Notary public_

My Commission expires on Dec 9, 2020

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

# TO WHOM IT MAY CONCERN

Hi my name is Luis Everardo Ramirez, and I'm writing this letter so I can speak about Miguel Valencia Sandoval, I have known him majority of my life and his always offering help in any situation. I consider him more than just a friend his like a brother and I am very sad of his situation his going trough he has being a very good, hard working man always helping others. I spend a lot time close to him and his family his always looking out for the best for his family. He's being a great human being he's hard working, honest, kind and he never gets in to trouble. P.S. Hope you take in to consideration all the good things about him and I hope he gets back together with his family.

Atte. _Luis Everardo Ramirez_

State of Illinois
County of Champaign
Signed before me on June 9, 2017

signature of notary Public
my commission expires Dec 9, 2020

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

# TO WHOM IT MAY CONCERN

**Hello my name is Yasmin Berenice Ramirez I'm write this letter for the motive that I know Miguel Valencia Sandoval, he forms part of my family in 2005 getting together with my sister Maria Isabel Ramirez, since that year I've know him, which I can say his a very good person, his always helps who ever extends a hand to him, and tries his best to help. His a good father, and husband hard working, tries his hardest to give his family the best, he has never being in trouble or cause any problems. from the bottom of my heart I wish he reunites with his kids and wife, they really need him around.**

**Atte.** Yazmin Berenice Ramirez

State of — Illinois
county of — Champaign
Signed before me on — June 9, 2017

Signature of Notary Public
my Commission expires — Dec 9, 2020

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9. 2020



# Dr. Preston L. Williams, Jr. Elementary School

## 2102 East Washington Street Urbana, IL 61802

www.usd116.org/DrWilliams/ Phone: 217-384-3628 Fax: 217-384-3626



May 24, 2017

To Whom It May Concern:

On behalf of the Urbana School District #116, I am writing this letter to verify the enrollment of Isabel Vasquez-Ramirez, Mayra Vasquez-Ramirez, and Jesus Ramirez. These three students attend Dr. Williams Elementary School, Urbana, IL.

From the perspective of Urbana School District #116, it is extremely important for students to have continuous family involvement and engagement in their education. Due to the student's specific needs, it is very crucial to have parental support. We have seen the dramatic impact that family involvement, or lack thereof, can have on the education of their education of their children. Therefore, I would like to stress that family cohesiveness during this important time of their lives is essential to the educational success of the students.

Sincerely,

Yavonnda Smith, Principal

Dr. Williams Elementary School

Urbana School District #116

Danielle Jackson, Assistant

Dr. Williams Elementary School

Urbana School District #116

## *Outstanding Schools in an Outstanding Community*

# TO WHOM IT MAY CONCERN

Hello my name is Isabel, I write this letter so I can tell you that me and my family are in need of my daddy very much. Because he is the best dad in the world, and he is the biggest support to me and my siblings. He has always bought us stuff that we need and he has never left us alone. He is the best dad in the world that me and my siblings and my mom has ever had. My dad always being a great dad and I've would never trade him with any body or all the gold and silver in the planet. And I also miss him alot and I want him to come back to us soon.

Atte. _Isabel V. Ramirez_

State of Illinois
County of Champaign
Signed before me on June 9, 2017

Signature of notary public
my commission expires Dec 9, 2020

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

## TO WHOM IT MAY CONCERN

Hello my name is Maria Isabel Ramirez, and I write this letter so I can speak of my husband Miguel Valencia Sandoval. I want for you to know that my husband is a great man, he has done everyting for my and my children, for us not to need anything ever since I first met him I knew he was the perfect man for me. He is the best father that my kids could have. Always dedicated to us, he is driven and always looking out for us making sure we have everything we need. Now that we are apart I am going through rough times but the worst effected are our children, because they are the one that miss him the most. I wish we can be back together like family. Because we are going through the worst situation both economic and emotional.

He is a fundamental part of our life and every day my children awaits his return.

Atte. _Maria I. Ramirez_

State of Illinois
County of Champaign
Signed before me on June 9, 2017

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

Signature of notary public
my commission expires on dec 9, 2020

# TO WHOM IT MAY CONCERN

Hello my name is Mayra and I wold like this letter to fall into the right person I am able to tell you that I really miss my daddy and I want all of us to be together because me and my siblings miss him very much. I want to tell you that my daddy is the best dad in the world because he loves us and takes care of us he's always working a lot  so he can give us everything we need. And he needs to work to get a lot of money because now that he's not around, mommy can't buy us a lot of stuff because she doesn't get a whole lot of money.

Atte. _Mayra_____

State Illinois
County Champaign

Signed before me on June 9, 2017

Signature of notary public
My commission expires   Dec 9, 2020

MILAGROS MARTINEZ TYLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 9, 2020

**CERTIFICATE OF SERVICE**

I, Anthony A. Bruno, hereby certify that on January 10, 2018, I electronically filed the foregoing Sentencing Exhibits with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Anthony A. Bruno, #6302496
Anthony A. Bruno
Attorney for the Defendant
Bruno Law Offices, LLC
301 West Green Street
Urbana, Illinois 61801-3200
Telephone: 217-328-6000
Facsimile: 217-328-6765
Email: lawyerbruno@gmail.com