E-FILED
Thursday, 03 January, 2019  04:33:34 PM
Clerk, U.S. District Court, ILCD

PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
0753/2 17CR20012-001

**DOCKET NUMBER** *(Rec. Court)*
3:19cr7002-AJB

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Miguel Valencia-Sandoval<br>San Diego, CA | CD IL | Urbana |

**FILED**
**JAN 0 3 2019**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | NAME OF SENTENCING JUDGE | | |
|---|---|---|---|
| | Colin S. Bruce | | |
| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>01/19/2018 | TO<br>01/18/2019 |

OFFENSE
False Statement in Application of Passport
Naturalization/Citizenship/Alien Registry
Voting by Aliens

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ CENTRAL _____ DISTRICT OF _____ ILLINOIS/URBANA _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Southern District of California   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 11/15/2018 | s/ Harold A. Baker |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Southern   DISTRICT OF   California

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

s/BARRY TED MOSKOWITZ

| 12/18/2018 | |
|---|---|
| Effective Date | United States District Judge |